**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Method Savvy, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-0713317** | |

4. **Debtor's address**

**Principal place of business**

**320 Roney Street**
**Suite 200**
**Durham, NC 27701-2275**
Number, Street, City, State & ZIP Code

**Durham**
County

**Mailing address, if different from principal place of business**

**1420 Magic Hollow Road**
**Durham, NC 27713**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.methodsavvy.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Method Savvy, LLC**                                    Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       5418

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
                                        ☐ Yes.
If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor   **Method Savvy, LLC**                                                    Case number (*if known*) _____
_____Name_____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Method Savvy, LLC**                                        Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Method Savvy, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2023**
                MM / DD / YYYY

**X** **/s/ Jacob D. Finkelstein**                          **Jacob D. Finkelstein**
Signature of authorized representative of debtor            Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Jason L. Hendren**                          Date    **May 16, 2023**
Signature of attorney for debtor                                MM / DD / YYYY

**Jason L. Hendren**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone    **(919) 420-7867**          Email address    **jhendren@hendrenmalone.com**

**NC State Bar 26869 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Method Savvy, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 16, 2023**          X **/s/ Jacob D. Finkelstein**
                                         Signature of individual signing on behalf of debtor

                                         **Jacob D. Finkelstein**
                                         Printed name

                                         **Chief Executive Officer**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Method Savvy, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                   12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................................... $            **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................................... $        **286,469.65**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................................... $        **286,469.65**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $       **429,113.72**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................... $       **29,304.46**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$       **659,957.30**

4.  Total liabilities .............................................................................................................
   Lines 2 + 3a + 3b           | $       **1,118,375.48** |

**Fill in this information to identify the case:**

Debtor name **Method Savvy, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist** | **Business Checking** | **6557** | **$43,903.24** |
| 3.2. | **PNC Bank** | **Treasury Enterprise Plan** | **8397** | **$75,000.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$118,903.24** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Security deposit for 320 Roney Street** | **$40,399.90** |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Debtor | **Method Savvy, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | **$40,399.90** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 96,375.00 | - | 96,375.00 | = .... $0.00 |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | **$0.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Desks, conference tables, chairs | $0.00 | Depreciation sch | $56,022.42 |
| | Computers, phone system, security system | $0.00 | Depreciation sch | $71,134.10 |

| 40. | **Office fixtures** |
|---|---|

41. **Office equipment, including all computer equipment and**

Debtor    **Method Savvy, LLC**_____    Case number *(If known)* _____
          Name

**communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                    | $127,156.52 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** www.methodsavvy.com | $0.00 | Recent cost | $9.99 |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** List of customers and prospects in CRM (Pipedrive) and accounting system (Quickbooks) | $0.00 | | $0.00 |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                    | $9.99 |
       Add lines 60 through 65. Copy the total to line 89.

Debtor    **Method Savvy, LLC**_____    Case number *(if known)* _____
          Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Debtor  **Method Savvy, LLC**                                          Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $118,903.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $40,399.90 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $127,156.52 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $9.99 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $286,469.65 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $286,469.65 |

| Fill in this information to identify the case: |
|---|

Debtor name **Method Savvy, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **FC Marketplace, LLC**<br>Creditor's Name<br>**Attn: Legal<br>707 17th Street<br>Suite 2200<br>Denver, CO 80202**<br>Creditor's mailing address<br><br>**loanquestions@fundingcircle.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 5040**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Blanket lien**<br><br><br>**Describe the lien**<br>UCC<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $415,054.71 | $0.00 |
| 2.2 **Huntington Bank**<br>Creditor's Name<br>**Attn: Managing Agent or Officer<br>11100 Wayzate Blvd.<br>Suite 700<br>Hopkins, MN 55305**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Blanket lien**<br><br><br>**Describe the lien**<br>UCC<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $14,059.01 | $0.00 |

Debtor  **Method Savvy, LLC**
_____
        Name

Case number (*if known*) _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$429,113.72**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Method Savvy, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF NORTH CAROLINA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Commonwealth of Massachusetts**<br>**Attn: Dept. of Unemployment**<br>**Assistance**<br>**19 Staniford St.**<br>**Boston, MA 02114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred<br>**January 10, 2022** | Basis for the claim:<br>**For notice purposes only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Durham County Tax Administration**<br>**201 East Main Street**<br>**Third Floor**<br>**Durham, NC 27701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Method Savvy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NC Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,599.97 | $28,599.97 |
|---|---|---|---|---|

**NC Dept of Commerce**
**Div of Employment Security**
**P.O. Box 26504**
**Raleigh, NC 27611-6504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**December 15, 2021**

Basis for the claim:
**Unemployment tax rate assignment**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $704.49 | $704.49 |
|---|---|---|---|---|

**NC Dept of Commerce**
**Div of Employment Security**
**P.O. Box 26504**
**Raleigh, NC 27611-6504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**November 30, 2022**

Basis for the claim:
**Unemployment tax rate assessment**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **Method Savvy, LLC**                                     Case number (*if known*) _____
          Name

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**1Password**
**Attn: Managing Agent**
**4711 Yonge St., 10th Floor**
**Toronto, Ontario, M2N 6K8, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  For notice purposes only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,183.12** |
|---|---|---|---|

**320 Roney Street, LLC**
**Attn: Managing Agent**
**404 Hunt Street**
**Mailbox 20**
**Durham, NC 27701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Unpaid rents**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Afi Technologies Inc.**
**Attn: Managing Agent**
**210 N. University Drive #303**
**Pompano Beach, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  For notice purposes only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ahrefs.com**
**Attn: Managing Agent**
**16 Raffles Quay, #33-03**
**Hong Leong Building, Singapore 048581**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  For notice purposes only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,107.03** |
|---|---|---|---|

**American Express**
**Attn: Managing Agent**
**PO Box 981535**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$236.41** |
|---|---|---|---|

**Aramark Refreshment Services, LLC**
**Attn: Managing Agent**
**1101 Market Street**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Asana**
**Attn: Managing Agent**
**633 Folsom St. #100**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  For notice purposes only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Method Savvy, LLC**                                      Case number *(if known)* _____

Name

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,359.92** |
|---|---|---|---|

**Capital One**
**Attn: Managing Agent or Officer**
**P.O. Box 71087**
**Charlotte, NC 28272-1087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,750.00** |
|---|---|---|---|

**Carolina Biological Supply**
**Attn: Managing Agent**
**2700 York Road**
**Burlington, NC 27215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,123.34** |
|---|---|---|---|

**Celito Communications Inc.**
**Attn: Managing Agent**
**PO Box 37129**
**Raleigh, NC 27627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cisco WebEx LLC**
**Attn: Managing Agent**
**3979 Freedom Circle**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __For notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,065.07** |
|---|---|---|---|

**Enerwise Global Technologies, LLC**
**dba CPower Attn: Managing Agent**
**1001 Fleet Street**
**Suite 400**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Figma**
**Attn: Managing Agent**
**760 Market St.**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __For notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$394.17** |
|---|---|---|---|

**Getty Images (US), Inc.**
**Attn: Managing Agent**
**P.O. Box 953604**
**Saint Louis, MO 63195-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Method Savvy, LLC**

Case number *(if known)*

Name

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harvest**
Attn: Managing Agent
2248 Broadway #1103
New York, NY 10024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __For notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Kevin Mack**
5004 Wadkins Dr.
Grove City, OH 43123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consultant work__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Miro Inc.**
Attn: Managing Agent
535 Mission St.
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __For notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $715.50 |
|---|---|---|---|

**Morningstar Law Group**
Attn: Managing Agent
421 Fayetteville Street
Suite 530
Raleigh, NC 27601-1792

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid attorney fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $806.26 |
|---|---|---|---|

**Strategic Security Solutions**
Attn: Managing Agent
4901 Leigh Drive
Raleigh, NC 27616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Supermetrics Ltd**
Attn: Managing Agent
1175 Peachtree St. NE
10th Floor/ Suite 1000
Atlanta, GA 30361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __For notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|---|

**Trevor Underwood**
101 Cavendish Dr.
Cary, NC 27513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Method Savvy, LLC** | Case number *(if known)* | |
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $296,382.52 |
|---|---|---|---|

**Truist Bank (formerly BB&T)**
**Attn: Managing Agent or Officer**
**P.O. Box 1626**
**Wilson, NC 27894-9961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $235,987.47 |
|---|---|---|---|

**Truist Bank (formerly BB&T)**
**Attn: Managing Agent or Officer**
**P.O. Box 1626**
**Wilson, NC 27894-9961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,046.49 |
|---|---|---|---|

**Wolfspeed, Inc**
**Attn: Managing Agent**
**4600 Silicon Drive**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Zipdev LLC**
**Attn: Managing Agent**
**3111 Camino Del Rio North**
**Suite 400**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zoom Video Communications Inc.**
**Attn: Managing Agent**
**55 Almaden Blvd.**
**Suite 600**
**San Jose, CA 95113-1612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Optmyzr Inc.**
**Attn: Managing Agent**
**282 San Antonio Road**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor    **Method Savvy, LLC**

_____    Case number (_if known_) _____

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 29,304.46 |
| **5b. Total claims from Part 2** | 5b. + | $ | 659,957.30 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 689,261.76 |

**Fill in this information to identify the case:**

Debtor name    **Method Savvy, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Office lease** <br><br> State the term remaining    **Ends 12/31/2029** <br><br> List the contract number of any government contract | **320 Roney Street, LLC** <br> **Attn: Managing Agent** <br> **404 Hunt Street** <br> **Mailbox 20** <br> **Durham, NC 27701** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Contract for marketing services** <br><br> State the term remaining    **Ends 6/30/2023** <br><br> List the contract number of any government contract | **8 Rivers Capital, LLC** <br> **Attn: Managing Agent** <br> **406 Blackwell St** <br> **4th Floor** <br> **Durham, NC 27701** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Licenses for Adobe Creative Cloud** <br><br> State the term remaining    **Ends 3/13/2024** <br><br> List the contract number of any government contract | **Adobe** <br> **Attn: Managing Agent** <br> **151 South Almaden Boulevard** <br> **San Jose, CA 95113** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Contract for marketing services** <br><br> State the term remaining    **Ends 6/30/2023** <br><br> List the contract number of any government contract | **Anju Software Inc.** <br> **Attn: Managing Agent** <br> **4500 S. Lakeshore Drive** <br> **Suite 620** <br> **Tempe, AZ 85282** |

Debtor 1   **Method Savvy, LLC**                                          Case number (*if known*) _____

     First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.**  State what the contract or lease is for and the nature of the debtor's interest

**Contract for refreshment services**

State the term remaining — **Ends 11/9/2023**

List the contract number of any government contract _____

**Aramark Refreshment Service, LLC**
**Attn: Managing Agent**
**1101 Market Street**
**Philadelphia, PA 19107**

---

**2.6.**  State what the contract or lease is for and the nature of the debtor's interest

**Contract for marketing services**

State the term remaining — **Ends 4/10/2024**

List the contract number of any government contract _____

**ArenaCX**
**Attn: Managing Agent**
**310 S Harrington Street**
**Suite 112**
**Raleigh, NC 27603**

---

**2.7.**  State what the contract or lease is for and the nature of the debtor's interest

**Contract for marketing services**

State the term remaining — **Ends 6/15/2023**

List the contract number of any government contract _____

**Carolina Biological Supply**
**Attn: Managing Agent**
**2700 York Road**
**Burlington, NC 27215**

---

**2.8.**  State what the contract or lease is for and the nature of the debtor's interest

**Voice over IP and Internet service**

State the term remaining — **Ends 9/1/2023**

List the contract number of any government contract _____

**Celito Communications Inc.**
**Attn: Managing Agent**
**PO Box 37129**
**Raleigh, NC 27627**

---

**2.9.**  State what the contract or lease is for and the nature of the debtor's interest

**Contract for marketing services**

State the term remaining — **Ends 7/31/2023**

List the contract number of any government contract _____

**Cleveland County**
**Attn: Managing Agent**
**200 South Post Road**
**Shelby, NC 28152**

---

Debtor 1   **Method Savvy, LLC**
_____   Case number (*if known*) _____
First Name        Middle Name        Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for marketing services** | |
|---|---|---|---|
| | State the term remaining | **Supposed to end 5/5/2023 (running long)** | **Curi Management Company LLC Attn: Managing Agent 700 Spring Forest Rd Suite 400 Raleigh, NC 27609** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for marketing services** | |
|---|---|---|---|
| | State the term remaining | **Ends 6/30/2023** | **Enerwise Global Technologies, LLC dba CPower Attn: Managing Agent 1001 Fleet Street Suite 400 Baltimore, MD 21202** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Licenses for stock photography** | |
|---|---|---|---|
| | State the term remaining | **Ends 10/31/2023** | **Getty Images (US), Inc. Attn: Managing Agent P.O. Box 953604 Saint Louis, MO 63195-3604** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for marketing services** | |
|---|---|---|---|
| | State the term remaining | **Ends 7/31/2023** | **Inn-Flow Inc Attn: Managing Agent 5640 Dillard Drive Suite 301 Cary, NC 27518** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for marketing services** | |
|---|---|---|---|
| | State the term remaining | **Ends 7/31/2023** | **LINE-X LLC Attn: Managing Agent 4001 Yancey Rd Suite C-200 Charlotte, NC 28217** |
| | List the contract number of any government contract | | |

Debtor 1    **Method Savvy, LLC**                                              Case number *(if known)* _____

      First Name            Middle Name            Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for marketing services** | |
| State the term remaining — **Ends 7/31/2023** | **Morrisette Packaging Co**<br>**Attn: Managing Agent**<br>**5925 Summit Ave**<br>**Browns Summit, NC 27214** |
| List the contract number of any government contract | |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for marketing services** | |
| State the term remaining — **Ends 1/31/2024** | **Prime Life Fibers, Inc**<br>**Attn: Managing Agent**<br>**4537 Hillsborough Rd**<br>**Durham, NC 27705** |
| List the contract number of any government contract | |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for marketing services** | |
| State the term remaining — **Ends 12/31/2023** | **S.P. Richards Co**<br>**Attn: Managing Agent**<br>**8231 Stayton Drive**<br>**Suite C**<br>**Jessup, MD 20794** |
| List the contract number of any government contract | |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for marketing services** | |
| State the term remaining — **Supposed to end 3/31/2023 (past due)** | **SDI international Corporation**<br>**Attn: Managing Agent**<br>**1000 Corporate Drive**<br>**Suite 410**<br>**Fort Lauderdale, FL 33334** |
| List the contract number of any government contract | |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Office security system** | |
| State the term remaining — **Ends 6/30/2023** | **Strategic Security Systems**<br>**Attn: Managing Agent**<br>**4901 Leigh Drive**<br>**Suite B**<br>**Raleigh, NC 27616** |
| List the contract number of any government contract | |

Debtor 1   **Method Savvy, LLC**                                         Case number *(if known)* _____
           First Name      Middle Name      Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for marketing services** | |
|---|---|---|---|
| | State the term remaining | **Ends 5/31/2023** | **Teamworks Innovations Inc**<br>**Attn: Managing Agent**<br>**112 E Parrish Street**<br>**Durham, NC 27701** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for marketing services** | |
|---|---|---|---|
| | State the term remaining | **Ends 12/31/2023** | **The Law Offices of James Scott Farrin**<br>**Attn: Managing Agent**<br>**555 S Magnum Street**<br>**Suite #800**<br>**Durham, NC 27701** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor marketing services** | |
|---|---|---|---|
| | State the term remaining | **Open ended** | **Upwork**<br>**Attn: Managing Agent**<br>**475 Brannan St.**<br>**Suite 430**<br>**San Francisco, CA 94107** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for marketing services** | |
|---|---|---|---|
| | State the term remaining | **Ends 6/30/2023** | **Wolfspeed, Inc**<br>**Attn: Managing Agent**<br>**4600 Silicon Drive**<br>**Durham, NC 27703** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Method Savvy, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Jacob D. Finkelstein** | **1420 Magic Hollow Road Durham, NC 27713** | **FC Marketplace, LLC** | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Jacob D. Finkelstein** | **1420 Magic Hollow Road Durham, NC 27713** | **Truist Bank (formerly BB&T)** | ☐ D _____<br>☑ E/F __3.22__<br>☐ G _____ |
| 2.3 **Jacob D. Finkelstein** | **1420 Magic Hollow Road Durham, NC 27713** | **Truist Bank (formerly BB&T)** | ☐ D _____<br>☑ E/F __3.23__<br>☐ G _____ |
| 2.4 **Jacob D. Finkelstein** | **1420 Magic Hollow Road Durham, NC 27713** | **American Express** | ☐ D _____<br>☑ E/F __3.5__<br>☐ G _____ |
| 2.5 **Jacob D. Finkelstein** | **1420 Magic Hollow Road Durham, NC 27713** | **Capital One** | ☐ D _____<br>☑ E/F __3.8__<br>☐ G _____ |

Debtor    **Method Savvy, LLC**                                     Case number *(if known)* _____

| | |
|---|---|
| ███████ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

**Fill in this information to identify the case:**

Debtor name  **Method Savvy, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | **$869,351.47** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$2,658,216.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$3,212,835.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor   **Method Savvy, LLC**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **320 Roney Street, LLC**<br>**Attn: Managing Agent**<br>**404 Hunt Street**<br>**Mailbox 20**<br>**Durham, NC 27701** | **February 15, 2023**<br>**March 15, 2023**<br>**April 14, 2023** | **$76,528.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent payments** |
| 3.2. **American Express**<br>**Attn: Managing Agent**<br>**PO Box 981535**<br>**El Paso, TX 79998** | **Various payments in the past 90 days** | **$9,925.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card payments** |
| 3.3. **Blue Cross and Blue Shield of NC**<br>**Attn: Managing Agent**<br>**P.O. Box 580012**<br>**Charlotte, NC 28258-0012** | **March 2, 2023**<br>**April 3, 2023**<br>**May 3, 2023** | **$46,154.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.4. **Blueteam**<br>**Attn: Managing Agent**<br>**111 S. Tarboro St.**<br>**Carrboro, NC 27510-2662** | **February 16, 2023**<br>**April 10, 2023** | **$35,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Capital One**<br>**Attn: Managing Agent or Officer**<br>**P.O. Box 71087**<br>**Charlotte, NC 28272-1087** | **February 22, 2023**<br>**March 22, 2023**<br>**April 24, 2023** | **$112,301.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card payment** |
| 3.6. **FC Marketplace, LLC**<br>**Attn: Legal**<br>**707 17th Street**<br>**Suite 2200**<br>**Denver, CO 80202** | **February 24, 2023**<br>**March 24, 2023**<br>**April 24, 2023** | **$32,606.16** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Pilot Platform Inc.**<br>**Attn: Managing Agent**<br>**548 Market St. #91283**<br>**San Francisco, CA 94104** | **May 15, 2023** | **$9,968.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **Trevor Underwood**<br>**101 Cavendish Dr.**<br>**Cary, NC 27513** | **March 31, 2023**<br>**May 2, 2023** | **$14,620.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor **Method Savvy, LLC**        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Truist Bank (formerly BB&T)**<br>**Attn: Managing Agent or Officer**<br>**P.O. Box 1626**<br>**Wilson, NC 27894-9961** | **Various payments in the past 90 days** | $39,038.40 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 **Zipdev LLC**<br>. **Attn: Managing Agent**<br>**3111 Camino Del Rio North**<br>**Suite 400**<br>**San Diego, CA 92108** | **February 16, 2023**<br>**March 20, 2023**<br>**April 20, 2023** | $24,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

Debtor   **Method Savvy, LLC**                                              Case number *(if known)*

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hendren, Redwine & Malone, PLLC**<br>**4600 Marriott Drive**<br>**Suite 150**<br>**Raleigh, NC 27612** | **Attorney Fees** | **May 9, 2023** | **$9,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

Debtor   **Method Savvy, LLC** _____   Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Chris Petty<br>320 Roney Street<br>Suite 200<br>Durham, NC 27701-2275** | **Macbook Pro computer - former<br>employee paid $350.00 to Debtor** | **March 15, 2022** | **$350.00** |
| | Relationship to debtor<br>**Former employee** | | | |

---

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **404 Hunt Street<br>Suite 500<br>Durham, NC 27701** | **July 3, 2014 to August 17, 2020** |

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Method Savvy, LLC 401(k) Plan** | EIN:  **27-0713317** |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor  __Method Savvy, LLC_____     Case number *(if known)* _____

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Enerwise Global Technologies, LLC dba CPower Attn: Managing Agent** | **Debtor's PNC Bank Account** | **Prepayment for media** | **$44,065.07** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Carolina Biological Supply Attn: Managing Agent** | **Debtor's PNC Bank Account** | **Prepayment for media** | **$7,750.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Wolfspeed Attn: Managing Agent** | **Debtor's PNC Bank Account** | **Prepayment for media** | **$11,046.49** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Method Savvy, LLC**                                                Case number *(if known)*

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.    **Susan Harper**<br>**320 Roney Street**<br>**Suite 200**<br>**Durham, NC 27701-2275** | **June 2, 2021 to present** |
| 26a.2.    **Hughes Pittman & Gupton LLP**<br>**Attn: Managing Agent**<br>**1500 Sunday Drive**<br>**Suite 300**<br>**Raleigh, NC 27607** | **October 30, 2019 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   **Method Savvy, LLC** _____   Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Hughes Pittman & Gupton LLP**<br>**Attn: Managing Agent**<br>**1500 Sunday Drive**<br>**Suite 300**<br>**Raleigh, NC 27607** | **October 30, 2019 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Jacob D. Finkelstein**<br>**1420 Magic Hollow Road**<br>**Durham, NC 27713** | |
| 26c.2.   **Susan Harper**<br>**320 Roney Street**<br>**Suite 200**<br>**Durham, NC 27701-2275** | |
| 26c.3.   **Hughes Pittman & Gupton LLP**<br>**Attn: Managing Agent**<br>**1500 Sunday Drive**<br>**Suite 300**<br>**Raleigh, NC 27607** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **FC Marketplace, LLC**<br>**Attn: Legal**<br>**707 17th Street**<br>**Suite 2200**<br>**Denver, CO 80202** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jacob D. Finkelstein | 1420 Magic Hollow Road<br>Durham, NC 27713 | Owner and Chief Executive Officer | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Method Savvy, LLC**                                           Case number *(if known)* _____

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jacob D. Finkelstein 1420 Magic Hollow Road Durham, NC 27713** | **$115,000.00** | **Various dates in the past year (last draw March 1, 2023)** | **Owner draws** |
| | **Relationship to debtor Owner/Chief Executive Officer** | | | |
| 30.2. | **Jacob D. Finkelstein 1420 Magic Hollow Road Durham, NC 27713** | **$80,120.04** | **Various dates in the past year** | **Paychecks to owner/chief executive officer** |
| | **Relationship to debtor Owner/Chief Executive Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Method Savvy, LLC** _____    Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2023** _____

**/s/ Jacob D. Finkelstein** _____          **Jacob D. Finkelstein** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re **Method Savvy, LLC**

Debtor(s)

Case No.

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 9,500.00 |
| Prior to the filing of this statement I have received | $ | 9,500.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 16, 2023**

*Date*

**/s/ Jason L. Hendren**
**Jason L. Hendren**
*Signature of Attorney*
**Hendren, Redwine & Malone, PLLC**
**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867   Fax: (919) 420-0475**
**jhendren@hendrenmalone.com**
*Name of law firm*

## United States Bankruptcy Court
### Middle District of North Carolina

In re    **Method Savvy, LLC**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 16, 2023**

**/s/ Jacob D. Finkelstein**

**Jacob D. Finkelstein**/**Chief Executive Officer**
Signer/Title

1Password
Attn: Managing Agent
4711 Yonge St., 10th Floor
Toronto, Ontario, M2N 6K8, Canada


320 Roney Street, LLC
Attn: Managing Agent
404 Hunt Street
Mailbox 20
Durham, NC 27701


8 Rivers Capital, LLC
Attn: Managing Agent
406 Blackwell St
4th Floor
Durham, NC 27701


Adobe
Attn: Managing Agent
151 South Almaden Boulevard
San Jose, CA 95113


Afi Technologies Inc.
Attn: Managing Agent
210 N. University Drive #303
Pompano Beach, FL 33071


Ahrefs.com
Attn: Managing Agent
16 Raffles Quay, #33-03
Hong Leong Building, Singapore 048581


American Express
Attn: Managing Agent
PO Box 981535
El Paso, TX 79998


Anju Software Inc.
Attn: Managing Agent
4500 S. Lakeshore Drive
Suite 620
Tempe, AZ 85282


Aramark Refreshment Service, LLC
Attn: Managing Agent
1101 Market Street
Philadelphia, PA 19107

Aramark Refreshment Services, LLC
Attn: Managing Agent
1101 Market Street
Philadelphia, PA 19107


ArenaCX
Attn: Managing Agent
310 S Harrington Street
Suite 112
Raleigh, NC 27603


Asana
Attn: Managing Agent
633 Folsom St. #100
San Francisco, CA 94107


Bankruptcy Administrator, MDNC
101 South Edgeworth Street
Greensboro, NC 27401


Capital One
Attn: Managing Agent or Officer
P.O. Box 71087
Charlotte, NC 28272-1087


Carolina Biological Supply
Attn: Managing Agent
2700 York Road
Burlington, NC 27215


Celito Communications Inc.
Attn: Managing Agent
PO Box 37129
Raleigh, NC 27627


Cisco WebEx LLC
Attn: Managing Agent
3979 Freedom Circle
Santa Clara, CA 95054


Cleveland County
Attn: Managing Agent
200 South Post Road
Shelby, NC 28152

Commonwealth of Massachusetts
Attn: Dept. of Unemployment Assistance
19 Staniford St.
Boston, MA 02114


Curi Management Company LLC
Attn: Managing Agent
700 Spring Forest Rd
Suite 400
Raleigh, NC 27609


Department of Treasury
Financial Management Service
PO Box 1686
Birmingham, AL 35201


Durham County Tax Administration
201 East Main Street
Third Floor
Durham, NC 27701


Enerwise Global Technologies, LLC
dba CPower Attn: Managing Agent
1001 Fleet Street
Suite 400
Baltimore, MD 21202


FC Marketplace, LLC
Attn: Legal
707 17th Street
Suite 2200
Denver, CO 80202


Figma
Attn: Managing Agent
760 Market St.
San Francisco, CA 94102


Getty Images (US), Inc.
Attn: Managing Agent
P.O. Box 953604
Saint Louis, MO 63195-3604


Harvest
Attn: Managing Agent
2248 Broadway #1103
New York, NY 10024

```
Huntington Bank
Attn: Managing Agent or Officer
11100 Wayzate Blvd.
Suite 700
Hopkins, MN 55305


Inn-Flow Inc
Attn: Managing Agent
5640 Dillard Drive
Suite 301
Cary, NC 27518


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


Jacob D. Finkelstein
1420 Magic Hollow Road
Durham, NC 27713


Kevin Mack
5004 Wadkins Dr.
Grove City, OH 43123


LINE-X LLC
Attn: Managing Agent
4001 Yancey Rd
Suite C-200
Charlotte, NC 28217


Miro Inc.
Attn: Managing Agent
535 Mission St.
San Francisco, CA 94105


Morningstar Law Group
Attn: Managing Agent
421 Fayetteville Street
Suite 530
Raleigh, NC 27601-1792


Morrisette Packaging Co
Attn: Managing Agent
5925 Summit Ave
Browns Summit, NC 27214
```

NC Department of Labor
Attn: Managing Agent
1101 Mail Service Center
Raleigh, NC 27699


NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168


NC Dept of Commerce
Div of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504


Prime Life Fibers, Inc
Attn: Managing Agent
4537 Hillsborough Rd
Durham, NC 27705


S.P. Richards Co
Attn: Managing Agent
8231 Stayton Drive
Suite C
Jessup, MD 20794


SDI international Corporation
Attn: Managing Agent
1000 Corporate Drive
Suite 410
Fort Lauderdale, FL 33334


Strategic Security Solutions
Attn: Managing Agent
4901 Leigh Drive
Raleigh, NC 27616


Strategic Security Systems
Attn: Managing Agent
4901 Leigh Drive
Suite B
Raleigh, NC 27616

Supermetrics Ltd
Attn: Managing Agent
1175 Peachtree St. NE
10th Floor/ Suite 1000
Atlanta, GA 30361

Teamworks Innovations Inc
Attn: Managing Agent
112 E Parrish Street
Durham, NC 27701

The Law Offices of James Scott Farrin
Attn: Managing Agent
555 S Magnum Street
Suite #800
Durham, NC 27701

Trevor Underwood
101 Cavendish Dr.
Cary, NC 27513

Truist Bank (formerly BB&T)
Attn: Managing Agent or Officer
P.O. Box 1626
Wilson, NC 27894-9961

U.S. Attorney
Attn: Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

Upwork
Attn: Managing Agent
475 Brannan St.
Suite 430
San Francisco, CA 94107

Wolfspeed, Inc
Attn: Managing Agent
4600 Silicon Drive
Durham, NC 27703

Zipdev LLC
Attn: Managing Agent
3111 Camino Del Rio North
Suite 400
San Diego, CA 92108

```
Zoom Video Communications Inc.
Attn: Managing Agent
55 Almaden Blvd.
Suite 600
San Jose, CA 95113-1612


Optmyzr Inc.
Attn: Managing Agent
282 San Antonio Road
Mountain View, CA 94040
```

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Method Savvy, LLC**
_____
Debtor(s)

Case No. _____
Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Method Savvy, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 16, 2023**
_____
Date

**/s/ Jason L. Hendren**
_____
**Jason L. Hendren**
Signature of Attorney or Litigant
Counsel for   **Method Savvy, LLC**
_____
**Hendren, Redwine & Malone, PLLC**
**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867 Fax:(919) 420-0475**
**jhendren@hendrenmalone.com**